FILE COPY

RE: Case No. 25-1093          DATE: 12/9/2025
COA #: 15-24-00058-CV          TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. RYAN  KERCHER
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1093                    DATE: 12/9/2025
COA #: 15-24-00058-CV                         TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

        Today the Supreme Court of Texas received and filed a
motion for extension of time to file petition for review
pursuant to Rule 53.7(f) in the above numbered and styled
case.


                        MR. KEVIN T. O'HANLON
                        O'HANLON, DEMERATH & CASTILLO
                        808 WEST AVENUE
                        AUSTIN, TX  78701
                        * DELIVERED VIA E-MAIL *

RE: Case No. 25-1093                    DATE: 12/9/2025
COA #: 15-24-00058-CV                        TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1093              DATE: 12/9/2025
COA #: 15-24-00058-CV            TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. BENJAMIN A.  GESLISON
BAKER BOTTS LLP
910 LOUISIANA ST STE 3000
HOUSTON, TX  77002-4908
* DELIVERED VIA E-MAIL *

RE: Case No. 25-1093                    DATE: 12/9/2025
COA #: 15-24-00058-CV                   TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. ZACHARY  RHINES
TEXAS OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548 (MC 059)
AUSTIN, TX  78711-2697
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1093　　　　　　　　　　　DATE: 12/9/2025
COA #: 15-24-00058-CV　　　　　　　　　　　　TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

COUNTY CLERK  STONEWALL COUNTY
STONEWALL COUNTY COURT
PO DRAWER P
ASPERMONT, TX  79502-0513
* DELIVERED VIA E-MAIL *